# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

RICARDO BONVICIN, *et al.,*

        Plaintiffs,

vs.

BANK OF AMERICA CORPORATION, *et al.,*

        Defendants.

2:14-cv-1279-GMN-VCF

**ORDER**

      Before the court is the Stipulation and Order (#17). The extension sought for the Joint Pretrial Order is not in compliance with Local Rule 26-1(e)(5).

      Accordingly,

      IT IS HEREBY ORDERED that the stipulation and order (#17) is granted in part and denied in part. Any response to Defendant's Motion for Summary Judgment (#15) must be filed on or before June 19, 2015. The proposed Joint Pretrial Order must be filed by the earlier of thirty days after the decision of the motion for summary judgment (#15) or October 7, 2015.

      IT IS SO ORDERED.

      DATED this 3rd day of June, 2015.

                                        _____

                                        CAM FERENBACH
                                        UNITED STATES MAGISTRATE JUDGE